# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3348

_____

In re: Heather Patrice Hogrobrooks,      * Appeal from the United States District
                                           * Court for the Eastern District of Arkansas

               Appellant.                 *                     [UNPUBLISHED]

_____

Submitted: October 12, 1998

Filed: November 9, 1998

_____

Before FAGG, BRIGHT, BEAM, Circuit Judges.

_____

PER CURIAM.

Heather Patrice Hogrobrooks appeals an order suspending her from the practice of law before the United States District Court for the Eastern District of Arkansas for a period of six months. That order is based upon notice from the Arkansas Supreme Court Committee on Professional Conduct that Ms. Hogrobrooks has been suspended from practice within the State of Arkansas for a similar period and upon the disciplinary rules of the Eastern District of Arkansas.

Having reviewed the record, we conclude that the judgment of the district court is correct and affirm for the reasons set forth in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.